IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT A. RAYMO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-62 |
| | § | |
| MARK JONES, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL

The plaintiff, Robert Raymo, has filed a complaint under 42 U.S.C. § 1983 claiming that the defendants failed to protect him from an attack by another inmate (Dkt. 1). However, Raymo's live allegations fail to state a cognizable claim. The Court ordered Raymo to show cause why this case should not be dismissed for failure to state a claim (Dkt. 6); Raymo did not respond.

A court may dismiss an action *sua sponte* for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031–32 (5th Cir. 1998). "This authority flows from the Court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626 (1962)). Raymo has not complied with the Court's order to show cause, and he has not shown any desire to continue pursuing this case.

1

Based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the Court's order requiring the plaintiff to show cause why this case should not be dismissed for failure to state a claim.

2. Any pending motions are **DENIED** as moot.

The Clerk is directed to provide a copy of this order to the parties.

SIGNED at Galveston, Texas on October 13, 2017.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE